```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/9/12
```

United States District Court
Southern District of New York

---

CHARLES SILSBY,

                Plaintiff,

   - against -

CARL ICAHN, ET AL.,

                Defendants.

12 Civ. 2307 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

   Because the defendant, Dynegy, Inc., has filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, this case is stayed as to Dynegy, Inc.

   The Court will proceed with the argument of the current motions as they relate to the remaining defendants at the conference scheduled for July 13, 2012 at 4:30 p.m.

SO ORDERED.

Dated:   New York, New York
          July 7, 2012

                                               John G. Koeltl
                                     United States District Judge